UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | |
| ) | |
| FUNDS IN THE AMOUNT OF $61,453.75 ) | |
| SEIZED FROM BMO HARRIS BANK ) | |
| ACCOUNT NO. XXX4120 ON MAY 30, 2013 ) | |
| HELD IN THE NAME OF ) | |
| FULTON STREET TRADING COMPANY ) | |
| ) | |
| FUNDS IN THE AMOUNT OF $702,816.07 ) | |
| SEIZED FROM BMO HARRIS BANK ) | |
| ACCOUNT NO. XXX1782 ON MAY 30, 2013 ) | |
| HELD IN THE NAME OF ) | |
| UNIVERSAL SCRAP METALS, INC., and ) | |
| ) | |
| $27,496 in UNITED STATES CURRENCY ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

**VERIFIED COMPLAINT FOR FORFEITURE**

The United States of America, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, for its verified complaint against the above-named defendant property alleges in accordance with Supplemental Rule (G)(2) of the Federal Rules of Civil Procedure as follows:

**Nature of the Action**

1. This is a forfeiture *in rem* brought pursuant to 31 U.S.C. § 5317(c)(2), for forfeiture of the following defendant property:

   (a) funds in the amount of $61,453.75 seized from BMO Harris Bank account no. XXX4120 on May 30, 2013 held in the name of Fulton Street Trading Company;

  (b) funds in the amount of $702,816.07 seized from BMO Harris Bank account no. XXX1782 on May 30, 2013, held in the name of Universal Scrap Metals, Inc.; and

  (c) $27,496 in United States currency.

 2. This complaint is verified by the attached affidavit of United States Internal Revenue Service ("IRS") Special Agent Thomas M. Larson ("SA Larson"), which is fully incorporated herein.

## Jurisdiction and Venue

 3. This Court has jurisdiction over an action commenced by the United States as the plaintiff under 28 U.S.C. § 1345, and over an action for forfeiture *in rem* under 28 U.S.C. § 1355(a).

 4. This Court has *in rem* jurisdiction over the defendant funds pursuant to 28 U.S.C. § 1355(b)(1)(A), as certain of the acts giving rise to the forfeiture occurred within the Northern District of Illinois.

 5. Venue is proper under 28 U.S.C. §§ 1355(b)(1)(A) and 1395(a) as certain of the acts giving rise to the forfeiture occurred within the Northern District of Illinois, and 28 U.S.C. § 1395(b) as the defendant funds were found within the Northern District of Illinois.

 6. The defendant funds are subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(2).

## Relevant Federal Statutes

 7. Title 31, United States Code, Section 5313, and its related regulations, requires financial institutions to issue a Currency Transaction Report ("CTR") for all cash transactions in excess of $10,000.00 conducted by customers or clients. CTRs are filed with the Financial Crimes Enforcement Network on forms that require, among other things, the identity of the individual who conducted the transaction and the individual or organization for whom the transaction was completed.

8. Structuring is defined in 31 C.F.R. Chapter X, § 1010.100(xx), which provides, in part, that "a person structures a transaction if that person, acting alone, or in conjunction with, or on behalf of, other persons, conducts or attempts to conduct one or more transactions in currency, in any amount, at one or more financial institutions, on one or more days, in any manner, for the purpose of evading the [CTR] reporting requirements . . . 'In any manner includes, but is not limited to, the breaking down of a single sum of currency exceeding $10,000.00 into smaller sums, including sums at or below $10,000.00 . . . The transaction or transactions need not exceed the $10,000.00 reporting threshold at any single financial institution on any single day in order to constitute structuring . . .'"

## Factual Allegations

9. A review of Illinois Secretary of State ("ISOS") records reflects that Universal Scrap Metals, Inc. was incorporated on April 10, 1985. Fulton Street Trading Company ("Fulton Street Trading") was incorporated on May 18, 1990. Fulton Street Trading's assumed name is "USM Recycling." Hereinafter, Fulton Street Trading will be referred to as USM Recycling.

10. Universal Scrap Metals has a registered website located at www.universalscrap.com. Universal Scrap Metals' address is listed as 2500 W. Fulton Street, Chicago, IL, on the website. The website lists Universal Scrap Metals as accepting non-ferrous, ferrous, used beverage cans, high temperature alloys, and precious metals utilizing computerized scales to input weight data electronically.

11. USM Recycling is a receiving center for scrap metal located 12841 South Pulaski Road, Alsip, Illinois. It is operated as a subsidiary of Universal Scrap Metals, Inc. ISOS records list USM Recycling's address as 2500 West Fulton Street, Chicago, Illinois, the same as Universal Scrap Metals. USM Recycling has its own website at www.usmrecycling.com, which routes to the Universal Scrap Metals website listed above. Under the "about" section for USM Recycling,

3

the website states "we purchase scrap metal directly from the general public, other recycling dealers, & waste haulers. If you've got a pickup load you're ready to drop off, we're here to help with convenient hours and competitive rates."

12. Universal Scrap Metals has two checking accounts at BMO Harris Bank, defendant account # XXX1782, held in the name of Universal Scrap Metals ("Universal Scrap Metals account"), and defendant account # XXX4120, held in the name of Fulton Street Trading ("USM Recycling account"). The USM Recycling account utilizes the name "USM Recycling" on the checks issued from the account. Both accounts were opened on August 2, 2010. The authorized signatories listed on both accounts are Philip Zeid, Jason Zeid, and Barry Riback. Additionally, the USM Recycling account has another signature card, dated August 2, 2010, signed by Philip Zeid which lists Benjamin Lobo as Manager, Thomas Novie as Manager, and Laura Roberts as Assistant Manager.

## Universal Scrap Metals Account

13. A review of checks cashed from the Universal Scrap Metals account, from June 4, 2012, through February 28, 2013, shows 880 checks resulting in cash withdrawals totaling $3,890,189.19. The cash withdrawals were made by negotiating individual Universal Scrap Metals checks made payable to 3rd party individuals and "CASH," with each check written for an amount under $10,000.00. These checks were cashed at either New Damen and Grand Currency Exchange ("New Damen") or 2934 West Grand Avenue Currency Exchange ("2934 West Grand"). On average, approximately 5 checks were cashed on each occurrence. As discussed more fully below, the transactions associated with New Damen occur at the New Damen's business location, while the transactions associated with 2934 West Grand occur at Universal Scrap Metals business office at 2500 West Fulton.

## USM Recycling Account

14. A review of USM Recycling account # XXX4120 records, from June 1, 2012, through March 21, 2013, shows 182 checks resulting in cash withdrawals totaling $1,438,883.26. The cash withdrawals were made by negotiating individual checks, each check for under $10,000.00, at the BMO Harris Bank branch located at 12534 South Harlem Avenue, Palos Heights, Illinois. In reviewing the checks, the usually sequentially numbered checks were written to "CASH," cashed on the same day, consecutive days, or within a short time span, and did not exceed $10,000.00 individually, but exceeded $10,000.00 in total. The signatories on each check payable to "CASH" are Benjamin Lobo, Thomas Novie, or Laura Roberts. In fact, Lobo signed 169 of the 182 checks (93%). The individual listed as the signatory on the front of each check appears to be the same the individual whose signature appears to endorse the back of the check.

15. A review of IRS and Treasury Department databases shows that 278 CTRs were filed by BMO Harris Bank related to the USM Recycling from September 1, 2010, through April 25, 2013. Each of the 278 CTRs reflects multiple transactions conducted at the BMO Harris Bank branch located at 12534 South Harlem Avenue, Palos Heights, Illinois. The CTRs filed range from a low of $10,078.00 to a high of $43,668.00.

16. On or about May 29, 2013, a search warrant and seizure warrants were executed by law enforcement officials with the IRS. As a result, the following defendant properties were seized:

    (a)    $702,816.07 from the Universal Scrap Metals account;

    (b)    $61,453.75 from the USM Recycling account; and

    (c)    $27,496 in United States currency seized at the Universal Scrap Metals business located at 2500 West Fulton, Chicago, Illinois.

**Conclusion**

17. For the reasons stated herein and in the attached affidavit, incorporated by reference herein, the following funds were involved in violations of 31 U.S.C. §§ 5313 and 5324, and are therefore subject to forfeiture and condemnation pursuant to 31 U.S.C. § 5317(c)(2):

(a) funds in the amount of $61,453.75 seized from BMO Harris Bank account no. XXX4120 on May 30, 2013 held in the name of Fulton Street Trading Company;

(b) funds in the amount of $702,816.07 seized from BMO Harris Bank account no. XX1782 on May 30, 2013 held in the name of Universal Scrap Metals, Inc.; and

(c) $27,496 in United States currency.

WHEREFORE, the United States of America requests:

    a.    That the defendant funds be proceeded against for forfeiture and condemnation;

    b.    due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed;

    c.    this court adjudge and decree that the defendant funds be forfeited to the United States and disposed of according to law; and

    d.    any trial be before a jury.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/Daniel E. May
DANIEL E. MAY
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-8694
daniel.may@usdoj.gov

State of Illinois    )
                     )   SS
County of Cook       )

## AFFIDAVIT

I, Thomas M. Larson, having first been duly sworn, upon oath, deposes and states as follows

1. I am a Special Agent with the Internal Revenue Service, Criminal Investigation ("IRS-CI"), United States Department of Treasury and am empowered by law to investigate offenses involving the structuring of currency deposits to evade the reporting requirements of Title 31, United States Code, Section 5313. I have been a Special Agent with IRS-CI since 2006. As a Special Agent, I have participated in the investigation of violations of the Internal Revenue Laws (Title 26 of the United States Code), the Bank Secrecy Act (Title 31 of the United States Code), the Money Laundering Control Act (Title 18, of the United States Code), as well as other related federal offenses.

2. I have read the complaint in this matter and the facts alleged are true and correct to the best of my knowledge and belief based upon my own personal knowledge as well as information I have received from other agents, persons and documents, and it does not include each and every fact known to me concerning this investigation.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 11, 2018

THOMAS M. LARSON, Special Agent
United States Department of Treasury
Internal Revenue Service
Criminal Investigation